## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- )<br>)<br>Al-Karam Al-Arabi Catering Services Ltd. )<br>)<br>Under Contract No. SDZ-OEF/OIF-06-011-08-006-08037 ) | ASBCA No. 60420 |

APPEARANCE FOR THE APPELLANT:

Mr. Hassan Hallal
Country Manager

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Jessica E. Edgell, JA
Trial Attorney

### ORDER OF DISMISSAL

After receiving a notice of appeal (NOA) signed by Hassan Hallal for Mohamed Hasan Ali, sent from h.hallal@karamservices.com, the Board docketed the appeal and listed Mr. Hassan Hallal as appellant's representative. By Orders dated 4 and 25 March 2016, the Board directed appellant to show that its representative meets the requirements of Board Rule 15. No response was received by the Board.

By Order dated 22 April 2016, sent via email to Mr. Hallal at h.hallal@karamservices.com and to Mr. Ali (identified in the contracting officer's final decision and the NOA as appellant's general manager) at mhali@xenel.com, the email address associated with Mr. Ali in the notice of appeal email, the Board informed appellant that if it intended to pursue its appeal, a person meeting the requirements of Board Rule 15(a) shall file a written notice of appearance with the Board no later than 6 May 2016. No response was received by the Board.

By Order dated 12 May 2016, sent to the two email addresses set forth above, the Board again directed appellant to file a written notice of appearance of a representative meeting the requirements of Board Rule 15(a). The Order stated that if appellant did not comply with the Order by 26 May 2016, the Board intended to dismiss the appeal without further notice to the parties. The Board has received no response from appellant.

Without a representative meeting the requirements of Board Rule 15(a), the Board is unable to proceed. The appeal is dismissed.

Dated: 3 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60420, Appeal of Al-Karam Al-Arabi Catering Services Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2